UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 07-23368-CIV-HUCK/SIMONTON

**CLOSED CIVIL CASE**

**YAMIL TABRAUE** and
**CLARA de Leon TABRAUE**

Plaintiffs

v.

**COUNTRYWIDE HOME LOANS, INC.,**
Jane and Jane DOES 1-10

Defendants
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS CAUSE came before the court upon the filing of plaintiffs Yamil and Clara de Leon Tabraue and defendant Countrywide Home Loans, Inc.'s Joint Stipulation of Voluntary Dismissal With Prejudice [Doc. 21], filed June 9, 2008 in the above-styled cause. Accordingly, after careful review of the record and the Court being otherwise fully advised in the premises and pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is

ORDERED and ADJUDGED as follows:

1. The above-styled case is **DISMISSED WITH PREJUDICE**.

2. Each party shall bear their own attorneys' fees and costs.

DONE and ORDERED in chambers in Miami, Florida this 10 day of June, 2008.

PAUL HUCK
UNITED STATES DISTRICT JUDGE

cc: All counsel of record